IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-7-F-2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER TO SEAL** |
| ) | |
| MICHAEL ANTHONY MITCHELL, ) | |
| ) | |
| Defendant. ) | |

Before the court is Defendant's motion to file docket entry number 71 under seal pursuant to Local Criminal Rule 55.2. [DE 72]. For good cause shown, the motion is ALLOWED and docket entry number 71 shall be filed under seal.

SO ORDERED.

This the 7th day of December, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge